IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:11-CR-20-1H

UNITED STATES OF AMERICA,

v.

JOHNNIE WAYNE DAVENPORT,

       Defendant.

**ORDER**

This matter is before the court on defendant's motion for relief from judgment [DE #29] along with several other related motions and filings [DE #30, 32, 33, 34, 35, and 38]. The court has carefully reviewed all these post-judgment motions and finds them to be wholly without merit. Therefore, the motions [DE #29, 30, 32, 33, 34, 35, and 38] are DENIED.

This 10 day of June 2015.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, N.C.
#26